IN THE UNITED STATES DISTRICT COURT
                          FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR41** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **JANET A. CHANEY-HULL,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's unopposed motion to continue the sentencing hearing (Filing No. 28).

The hearing is now scheduled for August 25, 2008. The Defendant requests that the hearing be rescheduled on or after November 3, 2008, due to her husband's serious illness as described in the motion. The Court is mindful of the Defendant's plight. However, assuming that she continues to comply with the terms of her pretrial release she will likely be allowed to self-surrender 60 to 90 days after sentencing. If necessary, the timing of the anticipated self surrender can be discussed further at sentencing. Therefore, the motion is denied.

IT IS ORDERED that the Defendant's motion to continue the sentencing hearing (Filing No. 28) is denied.

DATED this 1st day of August, 2008.

                                          BY THE COURT:

                                          s/Laurie Smith Camp
                                          United States District Judge