# United States District Court

DISTRICT OF NEBRASKA
PROBATION AND PRETRIAL SERVICES OFFICE

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
15 MAY 20 PM 1:19
OFFICE OF THE CLERK

**MARY LEE RANHEIM**
CHIEF PROBATION OFFICER

**KIT LEMON**
DEPUTY CHIEF PROBATION OFFICER



111 SOUTH 18th PLAZA, SUITE C79
OMAHA, NE 68102-1312

(402)661-7555
FAX (402)661-7550

May 20, 2015

The Honorable Laurie Smith Camp
Chief U.S. District Judge
111 South 18th Plaza, Suite 3210
Omaha, NE 68102-3210

        RE:    **CHANEY-HULL, Janet A.**
               Dkt. No. 8:08CR41
               **Request to Terminate Supervision with**
               **an Outstanding Condition**

Dear Judge Smith Camp:

     On August 25, 2008, Janet A. Chaney-Hull was sentenced to 21 months custody and five years supervised release for Bank Fraud a violation of 18 U.S.C.1344. Ms. Chaney-Hull's supervision commenced on July 20, 2010, and is scheduled to expire on July 19, 2015.

     Among the terms and conditions imposed, Ms. Chaney-Hull was ordered to pay $242,457.16 in restitution. To date Ms. Chaney-Hull has paid $14,574.32; she has a remaining balance of $227,507.30. Ms. Chaney-Hull has her restitution payments come directly out of her social security payments each month. Ms. Chaney-Hull has complied with the conditions of supervision. The Financial Litigation Unit of the U.S. Attorney's Office has been notified and is willing to monitor all future payments.

     It is the position of the probation and pretrial office that further supervision is not necessary. It is respectfully recommend that the Court allow Ms. Chaney-Hull's supervised release to expire as scheduled.

Submitted by:

*Amber M Prusa*
Amber M. Prusa
U.S. Probation Officer Assistant

Reviewed and approved by:

*Douglas D Steensma*
Douglas D. Steensma
Supervising U.S. Probation Officer

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

CHANEY-HULL, Janet A.                8:08CR41                              May 20, 2015

__X__ Approved   _____ No action shall be taken   _____ Submit revocation action

_____ The following action shall be taken (specify other action):

_____     5/20/15
The Honorable Laurie Smith Camp                    Date
Chief U.S. District Judge