**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2019 JUL 23 PM 3:30

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JANET CHANEY-HULL | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| ELKHORN VALLEY BANK | ) |
| | ) |
| Garnishee. | ) |
| | ) |
| | ) |

8:08CR41

## ORDER TO ISSUE EX PARTE WRIT OF GARNISHMENT

This matter comes before this Court on the Ex-Parte Application For Writ of

Garnishment of the Plaintiff, United States of America, for an order to issue the Writ of

Garnishment against Elkhorn Valley Bank, the garnishee, and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Garnishment

against Elkhorn Valley Bank, whose address is Attention: Rhonda P.O. Box 1007, Norfolk, NE

68702.

DATED this _23_ day of _July_, 2019.

BY THE COURT:

_____
United States Magistrate Judge

Certified copy provided to
USA on  7/23/19 40