IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JANET CHANEY- HULL

        Defendant.

8:08CR41

ORDER

IT IS ORDERED that the Government's Motion, (Filing No. 51), is granted as follows:

The Clerk of the District Court shall unseal the following documents: (1) the Motion to Seal (Filing No. 42); (2) the Memorandum of Law in Support of the Motion to Seal (Filing No. 43); (3) the Order granting the Motion to Seal (Filing No. 45); (4) the Government's Ex-Parte Application for Writ of Garnishment regarding Elkhorn Valley Bank (Filing No.46); (5) the Order to Issue Writ of Garnishment (Filing No.47); (6) the Writ of Garnishment (Filing No.48); (7) the Clerk's Notice of Post-Judgment Garnishment (Filing No.49); the Notice of Service to Garnishee (Filing No.50), and Answer of Garnishee Elkhorn Valley Bank (Filing No. 52).

DATED: August 5, 2019.

BY THE COURT:

_____
United States Magistrate Judge